# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0406

_____

MICHAEL HALL,

    Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, et al.,

    Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

February 23, 2026

PER CURIAM.

    DISMISSED.

WINOKUR, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Hall, pro se, Petitioner.

No appearance for Respondents.